B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Rene A. Corral**                          Case No.    **09-29957-lbr**
                                   Debtor(s)                     Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **America's Servicing Corporation**<br>7485 New Horizon Way<br>Frederick, MD 21703 | America's Servicing Corporation<br>7485 New Horizon Way<br>Frederick, MD 21703 | 4 Bedroom/3 Bathroom/2,404 sq. ft. single family residence<br>6112 Borden Circle, Las Vegas, Nevada 89107<br>Investment Property | Disputed | 152,395.00<br><br>(120,482.00 secured) |
| **BAC Home Loans, L.P. Countrywide**<br>450 American Street<br>Simi Valley, CA 93065 | BAC Home Loans, L.P. Countrywide<br>450 American Street<br>Simi Valley, CA 93065 | 5 Bedroom/2.5 Bathroom/2,548 sq. ft. single family residence<br>11749 Costa Blanca Avenue, Las Vegas, Nevada 89138<br>Investment Property | Disputed | 484,742.00<br><br>(347,640.00 secured) |
| **BAC Home Loans, LP/Countrywide**<br>450 American Street<br>Simi Valley, CA 93065 | BAC Home Loans, LP/Countrywide<br>450 American Street<br>Simi Valley, CA 93065 | 5 Bedroom/2.5 Bathroom/2,548 sq. ft. single family residence<br>11749 Costa Blanca Avenue, Las Vegas, Nevada 89138<br>Investment Property | Disputed | 56,607.00<br>(347,640.00 secured)<br>(484,742.00 senior lien) |
| **EMC Mortgage**<br>800 State Highway 121 BY<br>Lewisville, TX 75067 | EMC Mortgage<br>800 State Highway 121 BY<br>Lewisville, TX 75067 | 820 Monticello Drive, Las Vegss, NV 89107<br>Property Foreclosed | Unliquidated | 222,049.00 |
| **GEMB/Care Credit**<br>P.O. Box 981439<br>El Paso, TX 79998 | GEMB/Care Credit<br>P.O. Box 981439<br>El Paso, TX 79998 | Health Services | Unliquidated | 6,107.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Rene A. Corral**

Debtor(s)

Case No. **09-29957-lbr**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Homeq Servicing**<br>PO Box 13716<br>Sacramento, CA 95853 | **Homeq Servicing**<br>PO Box 13716<br>Sacramento, CA 95853 | 3 Bedroom/2.5 Bathroom/1,872 sq. ft. single family residence<br>608 Doletto Street, Las Vegas, Nevada 89138<br>**Primary Residence** | Disputed | 330,955.00<br><br>(212,502.00 secured) |
| **Nordstrom, FSB**<br>PO Box 6555<br>Englewood, CO 80155 | **Nordstrom, FSB**<br>PO Box 6555<br>Englewood, CO 80155 | Miscellaneous Credit Card Purchases | Disputed | 1,863.00 |
| **Palmilla HOA**<br>5975 Barbosa Drive<br>North Las Vegas, NV 89031 | **Palmilla HOA**<br>5975 Barbosa Drive<br>North Las Vegas, NV 89031 | 5 Bedroom/2.5 Bathroom/2,548 sq. ft. single family residence<br>11749 Costa Blanca Avenue, Las Vegas, Nevada 89138<br>**Investment Property** | Disputed | Unknown<br>(347,640.00 secured)<br>(541,349.00 senior lien) |
| **Republic Services**<br>P.O. Box 98508<br>Las Vegas, NV 89193-8508 | **Republic Services**<br>P.O. Box 98508<br>Las Vegas, NV 89193-8508 | Waste Services | Disputed | Unknown |
| **Saxon Mortgage Service**<br>4708 Mercantile Drive N.<br>Fort Worth, TX 76137 | **Saxon Mortgage Service**<br>4708 Mercantile Drive N.<br>Fort Worth, TX 76137 | 929 Percy Arms, Las Vegas, NV 89138<br>**Property Foreclosed** | Disputed | 338,357.00 |
| **Summerlin North HOA**<br>2120 Snow Trail<br>Las Vegas, NV 89134 | **Summerlin North HOA**<br>2120 Snow Trail<br>Las Vegas, NV 89134 | 3 Bedroom/2.5 Bathroom/1,872 sq. ft. single family residence<br>608 Doletto Street, Las Vegas, Nevada 89138<br>**Primary Residence** | Disputed | Unknown<br>(212,502.00 secured)<br>(330,955.00 senior lien) |
| **THD/CBSD**<br>PO Box 6497<br>Sioux Falls, SD 57117 | **THD/CBSD**<br>PO Box 6497<br>Sioux Falls, SD 57117 | Miscellaneous Credit Card Purchases | Disputed | 1,268.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Rene A. Corral**                                                        Case No.  **09-29957-lbr**
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **U.S. Bank Home Mortgage**<br>4801 Frederica Street<br>Owensboro, KY 42301 | **U.S. Bank Home Mortgage**<br>4801 Frederica Street<br>Owensboro, KY 42301 | 4 Bedroom/2.5 Bathroom/1,474 sq. ft single family residence<br>340 Upland, Las Vegas, Nevada 89107<br>Investment Property | Disputed | 141,878.00<br><br>(90,685.00 secured) |
| **US Bank**<br>PO Box 790084<br>Saint Louis, MO 63179 | **US Bank**<br>PO Box 790084<br>Saint Louis, MO 63179 | Line of Credit | Disputed | 2,795.00 |
| **US Bank, N.A. ND**<br>4325 17th Avenue S.<br>Fargo, ND 58125 | **US Bank, N.A. ND**<br>4325 17th Avenue S.<br>Fargo, ND 58125 | Miscellaneous Credit Card Purchases | Disputed | 15,148.00 |
| **Wilshire Credit Corp.**<br>1776 SW Madison Street<br>Portland, OR 97205 | **Wilshire Credit Corp.**<br>1776 SW Madison Street<br>Portland, OR 97205 | 4 Bedroom/3 Bathroom/2,404 sq. ft. single family residence<br>6112 Borden Circle, Las Vegas, Nevada 89107<br>Investment Property | Disputed | 41,675.00<br>(120,482.00 secured)<br>(152,395.00 senior lien) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Rene A. Corral**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 3, 2009**                    Signature  **/s/ Rene A. Corral**
                                                         **Rene A. Corral**
                                                         Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.