Entered on Docket
March 08, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank, National Association, as Trustee under Pooling and Servicing Agreement dated as of May 1, 2005 Asset-Backed Pass-Through Certificates, Series 2005-WHQ3
09-77462 / 0323634907

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-29957-LBR |
| Rene A. Corral | MS Motion No. |
| | Date: February 17, 2010 |
| | Time: 1:30 p.m. |
| | Chapter 11 |
| Debtor. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments at $2,769.19 (November 1, 2009 - January 1, 2010) | $8,307.57 |
| 3 Late Charge at $149.35 (November 1, 2009 - January 1, 2010) | $448.05 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $9,655.62 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,609.27 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the February 20, 2010 payment and continuing throughout and concluding on or before June 20, 2010. The sixth final payment in the amount of $1,609.27 shall be paid on or before July 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the February 1, 2010, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 608 Doletto Street, Las Vegas, NV 89138, and legally described as follows:

LOT FIFTY-FOUR (54) IN BLOCK ONE (1) OF PORTOFINO-PAHSE 3, AS SHOWN BY MAP THEREOF ON FILE BOOK 102 OF PLATS, PAGE 2 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK CUONTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

1  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable

2  State Law, and take any action necessary to obtain complete possession thereof.

4  Submitted by:

5  WILDE & ASSOCIATES

7  By _____ #10099
8  GREGORY L. WILDE, ESQ.
   Attorneys for Secured Creditor
9  212 South Jones Boulevard
   Las Vegas, Nevada 89107

11 APPROVED AS TO FORM & CONTENT:

12                               C. Andrew Wariner
13                               By _____
14                               C. Andrew Wariner
                                 Attorney for Debtors
15                               823 South Las Vegas Blvd
                                 Las Vegas, NV 89101
16

17                               Nevada Bar No. 3228

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_X\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_X\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor