**Entered on Docket
July 14, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

C. Andrew Wariner, Esq.
Nevada Bar No. 003228
823 Las Vegas Blvd., South, Suite 500
Las Vegas, NV 89101
Telephone: (702) 953-0404
Facsimile: (702) 989-5388
E-Mail: awariner@lvbklaw.com
Attorney for Debtor, *Renee Corral*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re: | Case No. 09-29957-lbr |
|---|---|
| RENE A. CORRAL | Chapter 11 |
| Debtor. | Hearing date: June 30, 2010<br>Time: 1:30 p.m. |

### ORDER DISMISSING CHAPTER 11 CASE

The Debtor, RENE A. CORRAL, having requested a dismissal of the above Debtor's Chapter 11 bankruptcy case; and after hearing, duly noticed, and there being no objections thereto;

\\

\\

\\

\\

1       **IT IS ORDERED** that the Debtor's Chapter 11 case is hereby dismissed.

2 Submitted by:

3

4 By:    /s/ C. Andrew Wariner
       C. Andrew Wariner, Esq. SBN 003228
5      Nevada Bar No. 003228
     823 Las Vegas Blvd., South, Suite 500
6      Las Vegas, NV 89101
     Attorney for Debtors

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

_____  The court has waived the requirement of approval under LR 9021.

_____  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

_____  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

  X    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.


APPROVED:


DISAPPROVED:


FAILED TO RESPOND:


###